AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**

CORY HUBBARD

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1787-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 28, 2004** in **Bristol** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in and affecting commerce a firearm, to wit, a Glock, model 23, .40 caliber semi-automatic pistol bearing serial number BNM315US and various rounds of ammunition; did, in furtherance of a drug trafficking crime, possess said firearm; and did possess with intent to distribute various contolled substances, to wit, cocaine, cocaine base, and marijuana

in violation of Title **18** United States Code, Section(s) **922(g)(1), 924(c); 21 U.S.C. Sec. 841(a)(1)** .

I further state that I am a(n) **Special Agent, ATF** and that this complaint is based on the following

Official Title

facts:

See attached affidavit of Sheila M. O'Hara

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

*Sheila M. O'Hara* (signature)
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-22-2004
Date

at    Boston, Massachusetts
City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.