AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

UNITED STATES
V.
COREY HUBBARD

**EXHIBIT AND WITNESS LIST**

Case Number:  04-1787-CBS

| PRESIDING JUDGE SWARTWOOD | | PLAINTIFF'S ATTORNEY Richardson | | | DEFENDANT'S ATTORNEY Wilson |
|---|---|---|---|---|---|
| TRIAL DATE (S) 6/1/2004 | | COURT REPORTER 11:41 A | | | COURTROOM DEPUTY Bachrach |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | |
| | | | | | Witnesses |
| | | 7/15/200 | | | Special Agent Sheila O'Hara |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/15/04 | X | X | Complaint & Affidavit |
| | A | 7/15/04 | X | X | Search Warrant Application and Affidavit |
| | B1-7 | 7/15/200 | X | X | Laboratory Tests |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages